Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

LONGDOWD CORPORATION, Appellant, v. STRAIGHT IMPROVEMENT COMPANY, INC., et al., Defendants, and MILDRED VAN S. GWYNNE et al., Respondents.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BURTON N. PUGACH, Appellant, v. JAMES SLATTERY, as Warden of Kings County Prison Ward, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

JOHN J. ROONEY, an Infant, by ROBERT E. ROONEY, His Guardian ad Litem, et al., Respondents, v. JOHN M. RAPLEE et al., Appellants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

CHARLES M. TERMINE et al., Respondents, v. BERNARD BROSK et al., Appellants.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

(September 18, 1961)

GEORGE BEDER, Respondent, v. LEO KASDEN, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

HUGH BEGLEY, JR., Respondent, v. RUTH BEGLEY, Appellant.—

Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

LOUISE A. BRADLEY, Appellant, v. EAST WILLISTON SHOPPING CENTER, INC., et al., Respondents, et al., Defendant.— Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

LOUIS K. BRAUNSTON et al., Appellants-Respondents, v. ANCHORAGE WOODS, INC., et al., Respondents-Appellants, et al., Defendants.—

Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.